Eastern District of Kentucky
**F I L E D**

OCT 0 3 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

UNITED STATES OF AMERICA

V.                                             INDICTMENT NO. 0:19-CR-12-DLB

DALE ALLEN FRALEY

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

Between on or about November 1, 2017, and continuing through on or about March 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

**DALE ALLEN FRALEY**

employed, used, persuaded, induced, enticed, and coerced a minor, A.P., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transmitted using a means or facility of interstate commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

Between on or about November 1, 2017, and continuing through on or about March 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

**DALE ALLEN FRALEY**

employed, used, persuaded, induced, enticed, and coerced a minor, H.G., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transmitted using a means or facility of interstate commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 3
### 18 U.S.C. § 2251(a)

Between on or about March 31, 2018, and continuing through on or about August 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

**DALE ALLEN FRALEY**

employed, used, persuaded, induced, enticed, and coerced a minor, A.P., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

### COUNT 4
### 18 U.S.C. § 2251(a)

Between on or about March 31, 2018, and continuing through on or about August 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

**DALE ALLEN FRALEY**

employed, used, persuaded, induced, enticed, and coerced a minor, H.G., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct,

knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 5
## 18 U.S.C. § 2252(a)(2)

Between on or about November 1, 2017, and continuing through on or about March 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

### DALE ALLEN FRALEY

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor (A.P.) engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 6
## 18 U.S.C. § 2252(a)(2)

Between on or about November 1, 2017, and continuing through on or about March 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

### DALE ALLEN FRALEY

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor (H.G.) engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 7
## 18 U.S.C. § 2252(a)(2)

Between on or about November 1, 2017, and continuing through on or about March 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

### DALE ALLEN FRALEY

did knowingly distribute a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor (A.P.) engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 8
## 18 U.S.C. § 2252(a)(2)

Between on or about March 31, 2018, and continuing through on or about August 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

### DALE ALLEN FRALEY

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor (A.P.) engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 9
## 18 U.S.C. § 2252(a)(2)

Between on or about March 31, 2018, and continuing through on or about August 31, 2018, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

## DALE ALLEN FRALEY

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor (H.G.) engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 10
## 18 U.S.C. § 2252(a)(4)(B)

On or about November 6, 2018, in Lawrence County, in the Eastern District of Kentucky,

## DALE ALLEN FRALEY

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **DALE ALLEN FRALEY** has in the following property:

### COMPUTER AND ASSOCIATED EQUIPMENT:

1. HP All-in-One computer, serial number 8CC82424F1;
2. Black Dell Inspiron 15 computer, serial number 9197166926;
3. Black HP Model 15-1033 laptop computer, serial number 5CD44972L8; and
4. All software and peripherals which are contained on or associated with the listed computers.

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

**A TRUE BILL**

*FOREPERSON*

*[signature]*

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-4:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNTS 5-9:** Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 10:** Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count. Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015 through September 30, 2019.

**PLUS:** Restitution, if applicable.