(6/2015)

Eastern District of Kentucky
**FILED**

# UNITED STATES DISTRICT COURT
Eastern District Of Kentucky
Ashland

AUG 2 6 2020

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION 0:19-CR-012-DLB

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                         <u>O R D E R</u>

Dale Allen Fraley                                            DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that a  _WARRANT_  be issued for the defendant, **Dale Allen Fraley**, based on violations of the conditions of pretrial release.

This __26__ day of __August__, 20 _20_.

Signed By:
Edward B. Atkins EBA
United States Magistrate Judge

---
The Honorable Edward B. Atkins
U.S. Magistrate Judge

DATE OF ENTRY AND SERVICE:

U.S. ATTORNEY
U.S. PROBATION
U.S. MARSHAL