UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 0:19-CR-00012-S-DLB-EAB

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                          **REVISED EXHIBIT LIST**

DALE ALLEN FRALEY                                                            DEFENDANT

\* \* \* \* \* \* \*

Pursuant to the Court's Order, the United States submits the following Exhibit List for the Court's review. The United States reserves the right to revise or supplement the following as necessary or as the Court permits.

1. HP All-in-One computer, serial number 8CC82424F1, belonging to Defendant.
    a. Photograph of front of HP All-in-One computer.
    b. Photograph of back of HP All-in-One computer.

2. Black Dell Inspiron 15 computer, serial number 9197166926, belonging to Defendant.
    a. Photograph of front of Black Dell Inspiron 15.
    b. Close-up photograph of identifying information on back of Black Dell Inspiron 15.
    c. Photograph of back of Black Dell Inspiron 15.

3. Black HP Model 15-1033 laptop computer, serial number 5CD44972L8, belonging to Defendant.
    a. Photograph of front of Black HP Model 15-1033 laptop computer.
    b. Photograph of back of Black HP Model 15-1033 laptop computer.

4. Photographs from Execution of Search Warrant.
    a. Photograph of front of house, USA-00000478.
    b. Photograph of living room, showing all-in-one computer, USA-00000483.
    c. Photograph of living room, showing couch and desk, USA-00000484.

d. Photograph of living room, showing couch and portraits, USA-00000485.
   e. Photograph of entertainment center, USA-00000487.
   f. Photograph of bathroom, USA-00000495.
   g. Photograph of shower stall and showerhead, USA-00000499.
   h. Photograph of paddle with name "Haley," USA-00000526.
   i. Photograph of dildos in drawer, USA-00000530.
   j. Photograph of front of three cellular telephones, USA-00000533.
   k. Photograph of back of three cellular telephones, USA-00000534.
   l. Photograph of stacks of blank disks, USA-00000538.
   m. Photograph of black Dell laptop, USA-00000545.
   n. Photograph of HP all-in-one, USA-00000547.
   o. Photograph of Sentry Safe, USA-00000553.
   p. Photograph of water bill, USA-00000556.
   q. Photograph of three laptops, USA-00000559.
   r. Photograph of note to Dale from K.M., USA-00000573.
   s. Photograph of file folder, USA-00000574.
   t. Photograph of album with screenshots relating to K.G., USA-00000577.
   u. Photograph of insurance application for K.G., USA-00000578.
   v. Photograph of Lawrence Family Court document, USA-00000579.
   w. Photograph of room with walker, USA-00000587.

5. Photographs taken by K.G.
   a. Photograph of compact disc (CD) with "Nakesha," USA-00000679.
   b. Photograph of CD with "dicks pics," USA-00000680.
   c. Photograph of CD with "Keith Penix," USA-00000681.
   d. Photograph of CD with "Jordan James Pics 33," USA-00000682.
   e. Photograph of CD with "Jordan James Pics 39," USA-00000683.
   f. Photograph of CD stack, USA-00000688.
   g. Photograph of CD with "Jarred Jarred," USA-00000689.
   h. Photograph of CD with "Jarred James Pics 15," USA-00000691.
   i. Photograph of CD with "S.C. 9 Pics," USA-00000692.
   j. Photograph of CD with "D.S. Pics 9," USA-00000695.
   k. Photograph of CD with "K.C.," USA-00000694.
   l. Photograph of Screen with H.G. account information, USA-00000686.
   m. Photograph of Screen with A.T. video, USA-00000678.

6. Screenshot of text conversation with Bryan Coker regarding pictures of A.P. and K.G. at school, USA-00000687.

7. Document (or compact disk if preferred by court) containing presentation prepared by FBI Forensic Examiner Aaron Kiger showing steps and results of forensic exams

8. CD of child pornography (CP) images of A.P., created for trial and initialed by A.P.

9. CD of CP images of H.G., created for trial and initialed by H.G.

10. Lawrence County High School pick-up list, USA-00000696.

11. Skype conversation obtained from forensic examination pertaining to nude pictures of H.G. and Defendant giving explicit directions to A.P. and K.G. (conversation_id_0000032).

12. Skype conversation obtained from forensic examination that includes threat regarding foster care placement (conversation_id_0000028).

13. Picture of Joey Samons located on Defendant's device, file name: "thumbnail for 256_1041baa584e9554.jpg."

14. Picture of Joey Samons located on Defendant's device, file name: "thumbnail for 256_7721b9f656eadb2c.jpg."

15. Samsung Cellular Phone
    a. Photograph of front of Phone.
    b. Photograph of Serial Number and Manufacture Information.

16. ZTE CDMA x500 Cellular Phone
    a. Photograph of front of Phone.
    b. Photograph of Serial Number and Manufacture Information.

17. SMS Messages on CTE CDMA x500

18. Microsoft/ Skype Account Records

19.

20.

21

[…]

Respectfully submitted,

CARLTON S. SHEIR, IV
ACTING U. S. ATTORNEY

By: s/Mary Lauren Melton
David A. Marye
Mary Lauren Melton
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4873
(859) 685-4802
FAX (859) 233-2747
David.marye@usdoj.gov
Mary.melton @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this exhibit list was filed using the CM/ECF system on May 21, 2021, which will send notice of filing to counsel of record.

Michael B. Fox, Esq.
*Attorney for Dale Allen Fraley*

s/Mary Lauren Melton
Assistant United States Attorney