

# King's Daughters Medical Center
2201 Lexington Avenue - Ashland, KY 41101 - (606)408-4000 - info@kdmc.net

**KDMS CARDIOLOGY ASHLAND**
613 23RD ST
SUITE 230
ASHLAND KY 41101-2868
Phone: 606-324-4746
Fax: 606-324-4941

May 20, 2021

Patient: **Bonnie J Fraley**
Date of Birth: **8/6/1947**
Date of Visit: **5/20/2021**

To Whom It May Concern:

Due to medical reasons, please excuse Bonnie Fraley from any court room related events.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Mohammed Hasan Khan